Arcolina Panto (SBN 235786)
LAW OFFICES
166 Santa Clara Avenue
Oakland, CA 94610
arcolinapanto@gmail.com
Telephone: (510) 658-2500

Attorneys for Plaintiff
LAUREN NOEL

Abraham J. Colman (SBN 146933)
Raagini Shah (SBN 268022)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Attorneys for Defendant
FIA Card Services, N.A. (erroneously sued as "Bank of America")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN NOEL,<br><br>             Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, a business entity of unknown form, and DOES 1-50, inclusive,<br><br>             Defendant. | No. 4:12-CV-04019-SC<br><br>Honorable Samuel Conti<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Defendant FIA Card Services, N.A. and Plaintiff Lauren Noel respectfully request that this action be dismissed with prejudice.  Each party shall bear its own costs and fees.

DATED:  May 30, 2013                      ARCOLINA PANTO


By  */s/ Arcolina Panto (by permission)*
   Arcolina Panto
   Attorneys for Plaintiff
   LAUREN NOEL

DATED:  May 30, 2013                      REED SMITH LLP


By  */s/ Raagini Shah*
   Raagini Shah
   Attorneys for Defendant
   FIA CARD SERVICES, N.A.
   (erroneously sued as "Bank of America")

---

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

05/30/2013

IT IS SO ORDERED

Judge Samuel Conti

---

– 2 –
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE