1  Arcolina Panto (SBN 235786)
   LAW OFFICES
2  166 Santa Clara Avenue
   Oakland, CA  94610
3  arcolinapanto@gmail.com
   Telephone:  (510) 658-2500
4
   Attorneys for Plaintiff
5  LAUREN NOEL

6  Abraham J. Colman (SBN 146933)
   Raagini Shah (SBN 268022)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA  90071-1514
   Telephone:  (213) 457-8000
9  Facsimile:   (213) 457-8080

10 Attorneys for Defendant
   FIA Card Services, N.A. (erroneously
11 sued as "Bank of America")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN NOEL,<br><br>             Plaintiff,<br><br>      vs.<br><br>BANK OF AMERICA, a business entity of unknown form, and DOES 1-50, inclusive,<br><br>             Defendant. | No. 4:12-CV-04019-SC<br><br>Honorable Samuel Conti<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** |

1  Pursuant to Federal Rule of Civil Procedure 41(a), Defendant FIA Card
2  Services, N.A. and Plaintiff Lauren Noel respectfully request that this action be
3  dismissed with prejudice.  Each party shall bear its own costs and fees.

5  DATED:  May 30, 2013                         ARCOLINA PANTO

7                                                By  /s/ Arcolina Panto (by permission)
                                                    Arcolina Panto
8                                                   Attorneys for Plaintiff
                                                    LAUREN NOEL

9  DATED:  May 30, 2013                         REED SMITH LLP

12                                               By  /s/ Raagini Shah
                                                    Raagini Shah
13                                                  Attorneys for Defendant
                                                    FIA CARD SERVICES, N.A.
14                                                  (erroneously sued as "Bank of
                                                    America")

05/30/2013
IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

– 2 –
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE